78711@2308

BC: 78711230808 *2093-00478-13-19

NIXIE 782 CE 1270 0106/13/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE » PITNEY BOWES

ZIP 78701 $ 000.41[6]
02 1W
0001401682 JUN. 03. 2015

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE: WR-83,243-01

MARK MERU
AVALON TRANSITIONAL CENTER
1515 TANCAHUA
CORPUS CHRISTI, TX 78401

RTS

45 EVE-N3B 78401